IRWIN, Respondent, v. ELLIS, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Charles P. Irwin against Charles H. Ellis, Jr.

No opinion. Judgment and order unanimously affirmed, with costs.